```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/1/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
JESUS DEL CARMEN FLEURY ESTEVEZ,                               :
*individually*, *et al.*,                                      :
                                                               :    1:23-cv-574-GHW
                                           Plaintiffs,         :
                                                               :         ORDER
             -against-                                         :
                                                               :
EMERGENCY SNACK BAR, CORP., *et al.*,                          :
                                                               :
                                           Defendants.         :
                                                               :
-------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

On December 1, 2023, the Court held a teleconference to discuss CSM Legal, P.C.'s motion to withdraw as counsel of record for Plaintiff Herminio Hernandez Platon. *See* Dkt. No. 34. For the reasons stated on the record during that conference, CSM Legal, P.C.'s motion is granted.

The Clerk of Court is directed to:

- Remove attorneys Catalina Sojo and Jesse Barton from the list of active counsel for Plaintiff Herminio Hernandez Platon;

- Update Plaintiff Herminio Hernandez Platon's address on the docket to

    831 Gerard Ave Apt. 1A
    Bronx, NY 10451
    934-444-5046

- And mail a copy of this order to Plaintiff Herminio Hernandez Platon at:

    831 Gerard Ave Apt. 1A
    Bronx, NY 10451

SO ORDERED.

Dated: December 1, 2023                   _____
New York, New York                              GREGORY H. WOODS
                                                United States District Judge