UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _03/05/2024_

JESUS DEL CARMEN FLEURY ESTEVEZ et al.,

Plaintiffs,

-against-

EMERGENCY SNACK BAR, CORP. et al.,

Defendants.

23-CV-00574 (MMG)

**<u>NOTICE OF
REASSIGNMENT &
ORDER</u>**

MARGARET M. GARNETT, United States District Judge:

 This case has been reassigned to the undersigned.  All counsel must familiarize themselves with the Court's Individual Rules & Practices ("Individual Rules"), which are available at https://nysd.uscourts.gov/hon-margaret-m-garnett.  Parties are referred to Rule II(B)(9) of the Individual Rules governing the conduct of the case following the close of fact discovery.

 Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment, including the dates and deadlines set forth in the previous order on January 17, 2024.  *See* Dkt. No. 39.  However, the pre-motion conference that was previously scheduled for June 21, 2024, is ADJOURNED to **Wednesday, July 3, 2024, at 11:30 a.m.**  The Conference will be held before Judge Garnett in Courtroom 906 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007.  Additionally, the deadline for motions for summary judgment, previously set for July 8, 2024, is VACATED, and will be set by the Court at the pre-motion conference on July 3, 2024.

 In accordance with Rule I(B)(5) of the Court's Individual Rules, requests for extensions or adjournments may be made only by letter-motion filed on ECF.  Unless counsel are notified that the conference has been adjourned, it will be held as scheduled.

Dated: March 5, 2024
  New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge