```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/3/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

JESUS DEL CARMEN FLEURY ESTEVEZ,
and HECTOR RAYMUNDO PEREZ,
*individually and on behalf of others similarly situated,*

                *Plaintiffs*,

     -against-

EMERGENCY SNACK BAR, CORP. (D/B/A
EMERGENCY TAQUERIA NYC) (F/K/A
EMERGENCY SNACK BAR), ESB
KITCHEN AND BAR CORP (D/B/A
EMERGENCY KITCHEN & BAR), and
RICHARD ESTEVEZ,

                *Defendants.*
---------------------------------------------------------------X

Civil Action No. **23-cv-00574-MMG**

~~[Proposed Form Of]~~
**JUDGMENT**

## **JUDGMENT**

On May 31, 2024, Plaintiffs filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiffs, JESUS DEL CARMEN FLEURY ESTEVEZ, and HECTOR RAYMUNDO PEREZ, have judgment against EMERGENCY SNACK BAR, CORP. (D/B/A EMERGENCY TAQUERIA NYC) (F/K/A EMERGENCY SNACK BAR), ESB KITCHEN AND BAR CORP (D/B/A EMERGENCY KITCHEN & BAR), and RICHARD ESTEVEZ, jointly and severally, in the amount of Fifty Thousand Dollars and No Cents ($50,000.00), which is inclusive of attorneys' fees and costs.

All pending motions are moot.  All conferences are cancelled.  The Clerk of Court is directed to CLOSE this case.

Dated: 6/3/2024 , 2024

_____
MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE